UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                  ORDER
                                                  05-CR-6062L

                  v.

CARLOS TORRES,

                        Defendant.
_____

Defendant Carlos Torres ("Torres") was allowed to voluntarily surrender on a sentence previously imposed by this Court, and he has received notification from the Bureau of Prisons that he is to report to commence service of the remaining portion of his sentence on July 6, 2012.

It is hereby

ORDERED that the Bureau of Prisons vacate and suspend the designation date for thirty (30) days until August 6, 2012, at the request of both the Government and defense counsel.

IT IS SO ORDERED.

                                            _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        July 2, 2012.